# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0384.  NAIRA RENAULT v. WILLIAM NOBLE et al.

William Noble, Marina Noble, and Azniv Matevosyan sued Naira Renault for libel and intentional infliction of emotional distress. The trial court entered a final "Order Granting Default Judgment Damages" in favor of the plaintiffs. Renault, proceeding pro se, filed a timely notice of appeal, and that direct appeal has been docketed here as Case No. A19A1659. Renault also filed this application for discretionary review.

In her application brief, Renault states that she filed an application pursuant to OCGA § 5-6-35 (a) (4), which requires a discretionary application in appeals from cases "involving garnishment or attachment." However, this is a tort action, and it does not fall within OCGA § 5-6-35 (a) (4).[1] Rather, the trial court's order is directly appealable as a final judgment under OCGA § 5-6-34 (a) (1).

Ordinarily, we will grant a timely application for discretionary appeal when the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j). As noted,

---

[1] The statement in the trial court's order that the plaintiffs may satisfy their judgment "with a lien on property held anywhere in the world" does not transform this action into a garnishment or attachment case.

however, Renault has already filed a direct appeal from the trial court's judgment. Accordingly, this application is superfluous, and it is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/04/2019__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*